[No. 20625-4-III.   Division Three.   August 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEE CORDELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00915-1, Michael E. Donohue, J., entered October 29, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 25966-4-II.   Division Two.   August 9, 2002.]

*In the Matter of the Parentage of* ANTONIO FLORENTINO.

SIMON SANTOS FLORENTINO, *Respondent*, v. MELISSA WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 99-5-00015-6, Joel M. Penoyar, J., entered April 20, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 26306-8-II.   Division Two.   August 9, 2002.]

DUNCAN J. McNEIL, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02010-1, Richard D. Hicks, J., entered July 14, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.